UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number:10-24051-CIV-MARTINEZ-WHITE**

JAMES EMANUELL AUSTIN,
     Petitioner,

vs.

UNITED STATES ATTORNEY GENERAL,
     Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S JUDGE WHITE'S REPORT AND CLOSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report on Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Magistrate Judge White filed a Report, recommending that the government's motion to dismiss (D.E. No. 13) be granted and that this case be dismissed as moot. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge White's Report **(D.E. No. 15)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1.     The government's motion to dismiss (D.E. No. 13) is **GRANTED**. This case is dismissed as moot.

2.     This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of April, 2011.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
James Emanuell Austin